*original*

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAY MOLZEN,        )
      Plaintiff,        )    CIVIL CASE NO. 05-2360
                         )
vs.        )
                         )
FEDERAL BUREAU OF PRISONS,        )
      Defendant.        )

**RECEIVED**
JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF RIGHT TO JURY TRIAL

COMES NOW plaintiff, Michael Jay Molzen, proceeding in this instant cause <u>pro se</u>, and provides Notice of his Right to Jury Trial as provided by the Seventh Amendment of the United States Constitution and Rule 38, Federal Rule of Civil Procedure (F.R.Civ.P), in this cause against agency defendant, Federal Bureau of Prisons (BOP).

In support of this Notice, plaintiff states as follows:

1) That plaintiff seeks relief, by remedy provided by statute, from BOP's willful and intentional refusal to maintain files of plaintiff --

> "with such accuracy, relevance, timeliness, and complete-
> ness as is necessary to insure fairness in any determina-
> tion relating to the qualifications, charactor, rights, or
> opportunities of, or benefits to the [plaintiff] that may
> be made on the basis of such record and consequently a
> determination is made which is adverse to the individual."

Title 5 U.S.C. § 552a(g)(1)(C)(providing jurisdiction to the U.S. district courts for civil actions against an executive agency).

2) That suits brought under subsection (g)(1)(C), if an agency is found to have acted in a willful or intentional manner --

"shall be liable to the [plaintiff] in an amount equal to the sum of--
(A) actual damages sustained by the individual as a result of the refusal or failure, but in no case shall a person entitled to recovery receive less than the sum of $1,000; and
(B) the costs of the action with reasonable attorney fees as determined by the court."

Title 5 U.S.C. § 552a(g)(4).

3)   That Federal Rule provides that:

"Any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue ..."

Rule 38, F.R.Civ.P. (2005).

4)   That the Seventh Amendment to the United States Constitution provides: "In suits of common law, where the value in controversy exceeds twenty dollars, the right of trial by jury shall be preserved ...."

5)   That Federal Rule provides:

"The failure of a party to serve and file a demand as required by this rule constituties a waiver by the party of trial by jury. A demand for trial by jury made herein provided may not be withdrawn without consent of the parties."

Rule 38, F.R.Civ.P. (2005).

6)   As this instant complaint is still in the U.S. District Court for review of plaintiff's <u>in forma pauperus</u> status to proceed without prepayment of fees and summons has yet to served agency defendant as provided by Rule 4(i), F.R.Civ.P., this Notice is to be deemed timely.

7)   That, though plaintiff finds the facts supporting relief to be unrefuttable, he is aunaware of any defense that agency defendant would provide and thus a jury may be called upon to make a

2

finding of these facts as to any defenses provided.

8) That the ad damnum clause of the complaint is to be construed asking for money damages as allowed by statute. Should facts develope to allow damages in excess of the minimum of $1,000 and costs, a jury may be utilized to make such a determination.

WHEREFORE Notice of Right to Jury Trial is hereby given, being duely filed with the Clerk of the United States District Court, where the complaint in this instant caused is filed. Plaintiff respectfully prays that this Notice be provided, along with the complaint, to those persons required to answer the complaint for the agency defendant pursuant to Rule 4(i), upon this Court's ruling and determination of plaintiff's in forma pauperis status.

Respectfully submitted.

Dated January 23, 2006

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN   47808