IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAY MOLZEN,<br>Reg. No. 09229-041<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2360(HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                Respectfully submitted,

                                DIANE M. SULLIVAN, D.C. Bar #12765
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Civil Division
                                Washington, D.C.  20530
                                (202)514-7205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___22nd___ day of February, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL JAY MOLZEN
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

_/s/ Diane M. Sullivan_
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530