IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JAY MOLZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2360(HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for thirty day enlargement of time to answer or otherwise respond to the complaint up to and including April 10, 2006.

Due to an inadvertent administrative delay, defense counsel was not assigned this case until February 22, 2006.  The complaint was immediately forwarded to the Agency.  The case was then referred to the Regional Office in Indiana where the records are maintained.  This additional time is necessary to permit the Regional Office to gather the records and provide counsel with a litigation report.

Plaintiff is pro se and incarcerated in a federal prison in Terre Haute, Indiana. He was not contacted concerning this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require

Wherefore, it is respectfully requested that the defendant may have up to and including April 10, 2006 to answer or otherwise respond to the complaint.

Respectfully submitted,

\_\_\_\_\_/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


\_\_\_\_\_/S/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


\_\_\_\_\_/S/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

---

counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of March, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL JAY MOLZEN
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

_____/s/_____
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530