UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL JAY MOLZEN,**<br>Reg. No. 09229-041<br>P.O. Box 33<br>Terre Haute, IN 47808<br><br>       Plaintiff,<br><br> v.<br><br>**FEDERAL BUREAU OF PRISONS**<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2360(HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion To Dismiss Plaintiff's Complaint, or in the alternative for Summary Judgment, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Diane Sullivan
Assistant United States Attorney
555 4th Street, N.W
Washington, D.C. 20530


Michael J. Molzen
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808