IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAY MOLZEN,                    )
        Plaintiff,                   )    Civil Case No. 05-2360(HHK)
                      )
vs.                                    )
                      )
                      )
FEDERAL BUREAU OF PRISONS,             )
        Defendant,                   )

RESPONSE TO DEFENDANT'S MOTIONS FOR ENLARGEMENT
OF TIME TO ANSWER COMPLAINT

COMES NOW plaintiff, Michael Jay Molzen, pro se, and responds
to the defendant's motions for enlargement of time to answer
complaint and to encourage this court to deny any further attempt
by defendant to delay these proceedings.

In support of this request and response, plaintiff states the
following:

1)    Defendant, in an undated motion for enlargement of time,
asked the court to be granted up to and including April 10, 2006
to answer the complaint. The court granted this motion without
the benefit of plaintiff response;

2)    Defendant, in another undated motion for enlargement of time,
asked this court ot grant additional time to file an answer, up
to and including June 9, 2006. The court granted this motion
without prividing plaintiff an opportunity to respond;

3)    The defendant states, in this second motion, that: "The com-
plaint is being handled by the correctional facility in Terre
Haute, Indiana, which houses the most [sic] comprehensive medical

RECEIVED
JUN  2 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

facility for seriously ill inmates and the many death row inmates."
The motion further states that one lawyer and two paralegals "are
experiencing a serious backlog of cases compounded by the need to
provide day to day advice on a wide-range of issues." Defendant
attorney does not expect to receive a litigation report and draft
declaration before the end of May;

4) . The institution at Terre Haute, Indiana, is classified a
"comprehensive medical facility" only because it is located within
30 minutes to community health care facilities and emergency medi-
cal services. Plaintiff is unaware of any "comprehensive" treat-
ment being provided within the fence at this institution. The
"seriously ill inmates" must withstand the rigors of a "Utilization
Review Committee" in order to receive this "comprehensive" community
medical care. Plaintiff has been suffering from a broken upper
dental plate since January of this year, complaining of gum pain
and difficulty eating. Plaintiff has been scheduled for "routine"
dental care with an expected treatment date sometime in August.

5) Plaintiff asserts, based upon his experience, that the instit-
ution at Terre Haute, Indiana, uses "delay" as an information man-
agement tool to avoid answering the many issues that this over-
crowded and physically inadequate facility provides.

6) Plaintiff points to the fact that the Federal Bureau of Prisons
is the defendant agency, not the institution at Terre Haute, Indiana.
This Privacy Act claim was also presented to the North Central
Regional Office and the Central Office of the Federal Bureau of
Prisons. This issue was thoroughly presented and documented in
this completed administrative process.

2

WHEREFORE plaintiff finds no further reasons for delaying the answer of defendant and requests a timely filing of this answer per this court's order.

Respectfully submitted,

Dated: May 27, 2006

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN  47808

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a copy of the above Response to Defendant's Motions has been served upon defendant, though counsel, by placing it in a sealed envelope, first class postage prepaid, and depositing it in the legal mail system at this institution, addressed as follows:

Diane M. Sullivan, AUSA
555 Fourth Street, NW
Civil Division
Washington, DC   20530

on this 30th day of May, 2006.

## ATTESTATION

I, Michael Jay Molzen, declare the above Response and Certificate are true and correct, under the penalty of perjury, as allowed by Title 28 U.S.C. § 1746.

Michael Jay Molzen, affiant

3