IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAY MOLZEN,  )
      Plaintiff,  )  Civil Case No. 05-2360(HHK)
       )
vs.  )
       )
FEDERAL BUREAU OF PRISONS,  )
      Defendant.  )

MOTION FOR ENLARGEMENT OF TIME TO REPLY
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, Michael Jay Molzen, pro se, and moves this Honorable Court for an Enlargement of Time to Reply to Defendant's Motion for Summary Judgment, up to and including July 17, 2006.

Plaintiff supports this request by the following:

(1) Molzen is limited in his opportunities to use the legal library to two hours each weekday and five hours each Saturday and Sunday (these hours also include use of typewriters);

(2) There has been electrical repairs being done in the library, causing half of the typewriters to be unusable;

(3) Molzen had requested sixty (60) days to reply to defendant's request for summary judgment, but this Court's present Order to reply was received the day Molzen mailed the Motion for Leave to Reply with this request;

(4) Molzen has requested that defendant provide citation or copy of cases provided in the answer that he cannot access PACER or Westlaw sources at the institution; and

(5) Defendant will not be prejudiced by this enlargement of time.

RECEIVED
JUN 3 0 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, plaintiff prays that this Honorable Court allow Enlargement of Time to Reply to Defendant's Motion for Summary Judgment up to and including July 17, 2006, for good cause shown.

Respectfully submitted,

Dated: June 26, 2006

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN    47808

CERTIFICATE OF SERVICE AND MAILING

THIS WILL CERTIFY that this Motion for Enlargement of Time was served upon defendant, through counsel, and provided the Clerk of District Court the original and one (1) copy thereof, via U.S. Mail, by placing them in the institution's legal mail system addressed as follows:

Clerk of Court
U.S. District Court
for the District of Columbia
333 Constitution Ave. NW
Washington, DC    20001

Diane M. Sullivan, AUSA
Office of the U.S. Attorney
Civil Division
555 Fourth Street NW
Washington, DC    20530

on this ____ day of June, 2006.  I declare the above Certificate and Motion true and correct, under the penalty of perjury, as allowed under 28 U.S.C. § 1746.

Michael Jay Molzen, affiant

2