**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL JAY MOLZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2360(HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

The defendant consents to plaintiff's request for an enlargement of time to respond to defendant's dispositive motion.

Respectfully submitted,

_____/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/S/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/S/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of July, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL JAY MOLZEN  
Reg. No. 09229-041  
P.O. Box 33  
Terre Haute, IN 47808

                                              /s/  
                                     DIANE M. SULLIVAN  
                                     Assistant United States Attorney  
                                     555 Fourth Street, N.W.  
                                     Civil Division  
                                     Washington, D.C.  20530