## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MICHAEL JAY MOLZEN,           )
                              )
            Plaintiff,        )
                              )
    v.                        ) Civil Action No. 05-2360(HHK)
                              )
FEDERAL BUREAU OF PRISONS     )
                              )
            Defendant.        )
                              )
_____)
```

### MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply in support of its motion to dismiss up to and including August 7, 2006.

The defendant's reply is currently due on July 17, 2006. Based on her schedule, counsel has been unable to begin a reply at this time. Counsel had an appellate matter due on July 7, 2006. She has a mediation in Holcomb v. Powell, Civ. No. 04-5216 on July 17, 2006 and a mediation in Farris v. Rice, Civ. No. 05-1975 on July 18, 2006. Additionally on July 18, 2006, counsel has a pretrial conference in Yancey v. U.S. General Services Administration, Civ. No. 04-0132. Finally, trial in Yancey is scheduled to begin on July 24, 2006 in which is anticipated to run into early August. Consequently, counsel is unable to devote sufficient time to completing a reply at this time.

Plaintiff is a pro se prisoner and was not consulted regarding this motion. This motion is made in good faith and is not intended to unduly delay the final resolution of the case.[1]

Wherefore, it is respectfully requested that the defendant have up to and including August 7, 2006 to respond to file a reply in support of its motion to dismiss.

Respectfully submitted,

_____/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/S/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/S/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL JAY MOLZEN
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

                                          /s/
                              DIANE M. SULLIVAN
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Civil Division
                              Washington, D.C.  20530