IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL JAY MOLZEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2360(HHK) |
| FEDERAL BUREAU OF PRISONS | ) |
| Defendant. | ) |

**OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENSES**

The plaintiff pro se moves to strike defendant's reply to plaintiff's opposition to defendant's motion to dismiss as being redundant and insufficient under Rule 12(f) of the Federal Rules of Civil Procedure. Plaintiff's motion is clearly, on its face, a surreply and states no grounds that would support a motion to strike. It should be denied.

The defendant has fully articulated the reasons the Court should dismiss the case and will not reargue these reasons again. The defendant incorporates by reference herein the grounds stated in its motion to dismiss and its reply to plaintiff's opposition thereto.

Wherefore, it is respectfully requested that plaintiff's motion to strike be denied.

Respectfully submitted,


_____/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/S/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/S/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of August, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MICHAEL JAY MOLZEN
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

                                                _____/s/_____
                                                DIANE M. SULLIVAN
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Room E4919
                                                Washington, D.C.  20530