October 6, 2006

Michael Jay Molzen
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN   47808

Clerk of Court
U.S. District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC   20001

    REF: Civil Case No. 1:05-cv-2360 (HHK)
         Notice of Change of Address

Clerk of Court:

    This letter is to provide NOTICE of my upcoming change of address. As of October 11, 2006, all correspondence and service of documents will be received at:

    2825 East Lake Street
    Minneapolis, MN   55406

    Notice has been provided defendant, through counsel, in the above referenced case.

                                               Sincerely,

                                             Michael Jay Molzen, pro se