IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAY MOLZEN, )
      Plaintiff, )
)  Case No. 1:05-cv-2360 (HHK)
vs. )
)
FEDERAL BUREAU OF PRISONS, )
      Defendant. )

MOTION FOR A JUDICIAL HEARING
FOR PRETRIAL CONFERENCE AND
SUMMARY JUDGMENT CONSIDERATIONS

    COMES NOW petitioner, Michael Jay Molzen, pro se and moves this Honorable Court for a pretrial conference and hearing on the merits of the request for summary judgment presently before it.

    Plaintiff supports this request by references to Federal Rule of Civil Procedure (FRCP) 16 and 56.

    Plaintiff finds that FRCP 16 provides that "the court may in its discresion direct the attorneys for the parties and any unrepresented parties to appear before it for a conference or conferences before trial for such purposes as, [inter alia], ... expediting the disposition of the action; ... discourage wasteful pretrial activities; and ... facilitate the settlement of the case." FRCP 16 (a)(1), (3), and (5).

    This rule further mandates that the court, after consulting with the parties to the action, enter a scheduling order that limits the time to file motions, amend pleadings, complete discovery, provide dates and times for pretrial conferences, and any other matters appropriate for the circumstances. FRCP 16 (b)

RECEIVED
OCT 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

rule indicates that such orders be issued within 120 days after the complaint is served on the defendant. FRCP 16 (b). The defendant was served with this instant complaint on January 23, 2006.

Plaintiff finds reference in FRCP 56 (c) and (d) to a hearing on the merits on requests for summary judgment. As for whether a motion for summary judgment may be granted without such a hearing with the adverse party, this Circuit has held that a hearing "should be held in most instances." Spark v Catholic University of America, 510 F.2d 1277, 1280 (DC Cir 1975).

It is clear that plaintiff is proceeding in a pro se fashion and is untrained and unsophisticated in ways of law and pleading. Plaintiff, upon study of federal rule, agrees with the object of pretrial hearings as presented above and seeks this Honorable Court's guidance in outlining the procedures and deadlines of this action to help facilitate the settlement of the merits of this case.

Plaintiff points to the Notice he has filed with the clerk under separate cover, indicating his change of address (and thus his custody). Plaintiff is now placed in "out" custody and participating in pre-release programing in Minneapolis, Minnesota. This custody will free plaintiff from the rigid considerations and conditions previously placed upon plaintiff by the Federal Bureau of Prisons. Plaintiff's mandatory release date is April 5, 2007. Although a phone or video conference or hearing would be best under the circumstances, plaintiff would be free to participate personally at the hearing, should the Court so require.

Plaintiff points to the fact that he initiated this action

nearly one year ago and defendant has been served in excess of eight months, has yet to provide an answer to the complaint and seems to rest on procedural defenses that plaintiff finds dubious at best. Plaintiff finds that the parties would be best served through a hearing before this Honorable Court in order to expedite the settlement of this cause of action.

                                            Respectfully submitted,

Dated: October 6, 2006        Michael Jay Molzen, pro se
                                        Reg. No. 09229-041
                                        2825 East Lake Street
                                        Minneapolis, MN   55406
                                        (612) 721-6327

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true copy of the above motion has been served upon defendant, through counsel, by placing it in a sealed envelope and depositing it in the in the institution legal mail system with first class postage affixed addressed as follows:

    Diane M. Sullivan, AUSA
    Office of the U.S. Attorney
    555 4th Street NW, Room E4919
    Washington, DC   20530

on this 6th day of October, 2006. I declare the above true and correct, under the penalty of perjury, as allowed under 28 U.S.C. § 1746.

                                        Michael Jay Molzen, affiant