UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAY MOLZEN,

              Plaintiff,

  v.

FEDERAL BUREAU OF PRISONS,

              Defendant.

Civil Action No. 05-2360 (HHK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #13] is DENIED and its motion for summary judgment [Dkt. #13] is GRANTED. It is further

ORDERED that plaintiff's motion to strike defendant's reply [Dkt. #21] is DENIED. It is further

ORDERED that JUDGMENT shall be entered for defendant. This is a final appealable Order. *See* Fed. R. App. P 4(a).

SO ORDERED.

                                            HENRY H. KENNEDY, JR.
                                            United States District Judge

Date: March 8, 2007